AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| *Return* | | |
|---|---|---|
| *Case No.:* <br> 1:21MJ-129 | *Date and time warrant executed:* <br> 02/05/2021 at 3:25 PM | *Copy of warrant and inventory left with:* |
| *Inventory made in the presence of :* <br> A.Kremer | | |
| *Inventory of the property taken and name of any person(s) seized:* <br><br> Approximately 656 grams of THC vape cartridges. | | |

*Certification*

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: 02/08/2021

*Executing officer's signature*

Jason R. Roth, U.S. Postal Inspector
*Printed name and title*